IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KHALED FADEL IBRAHIM,<br><br>    Defendant. | DOCKET NO. 3:11CR373-01-W |

**ORDER**

**UPON CONSIDERATION** of Defendant's Motion to Allow Out of District Travel, the motion is hereby **GRANTED**. The defendant is allowed to travel to Las Vegas, Nevada on May 20-23, 2013 to attend the CTIA Mobile Marketplace Conference at the Sands Expo & Conference Center. The defendant is to provide a complete itinerary, including all travel and lodging details to his Pre-trial Services Officer and abide by any requests and conditions as requested. His electronic monitoring device should remain on his leg during the trip.

Frank D. Whitney
United States District Judge